JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com

*Attorney for Jeremy Caulk*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JEREMY CAULK,<br><br>　　　　Defendant. | CASE NO: 2:17-mj-00957-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING FOR DEFENDANT JEREMY CAULK**<br><br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between CRISTINA SILVA, Assistant United States Attorney, and JAMES A. ORONOZ, ESQ., counsel for JEREMY CAULK, that the preliminary hearing for Mr. Caulk, currently scheduled for February 5, 2018, be vacated and continued for thirty (30) days to a date and time convenient to the Court.

This Stipulation is entered for the following reasons:

1. On October 3, 2017, the Government filed a Complaint charging Mr. Caulk with one count of Felon in Possession of a Firearm.

2. On November 8, 2017, Mr. Oronoz was appointed as counsel for Mr. Caulk.

3. The parties require additional time to review the discovery in this case.

1

4. The parties require additional time to continue discussing a potential pre-indictment resolution in this case.

5. Counsel for Mr. Caulk and the Government jointly request that the preliminary hearing date for Mr. Caulk be continued for at least thirty (30) days.

6. This is the second request for a continuance of Mr. Caulk's preliminary hearing.

DATED: February 2, 2018

Respectfully submitted,

/s/ James A. Oronoz                              /s/ Cristina Silva
JAMES A. ORONOZ, ESQ.                    CRISTINA SILVA
1050 Indigo Drive, Suite 120                  501 Las Vegas Boulevard, South,
Las Vegas, Nevada 89145                      Suite 1100
*Counsel for Jeremy Caulk*                   Las Vegas, Nevada 89101
                                                              *Counsel for the United States of America*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED this __2nd__ day of __February__, 2018.

IT IS HEREBY ORDERED that the preliminary hearing scheduled for 4:00 PM, February 5, 2018 is VACATED and RESCHEDULED to 4:00 PM, March 8, 2018, in Courtroom 3D.

2