JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com

*Attorney for Jeremy Caulk*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:18-cr-247-RFB-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE FOR DEFENDANT JEREMY CAULK** |
| vs. | |
| JEREMY CAULK, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between CRISTINA SILVA, Assistant United States Attorney, and JAMES A. ORONOZ, ESQ., counsel for JEREMY CAULK, that the status conference for Mr. Caulk, currently scheduled for April 25, 2019, at 1:00 p.m., be vacated and continued for at least ten (10) days to a date and time convenient to the Court.

This Stipulation is entered for the following reasons:

1. Counsel for Mr. Caulk will be out of the jurisdiction on the date of the status conference.

2. Counsel for Mr. Caulk and the Government jointly request that the status conference date for Mr. Caulk be continued for at least ten (10) days.

3. This is the first request for a continuance of Mr. Caulk's status conference.

DATED: April 11, 2019

Respectfully submitted,

| | |
|---|---|
| /s/ James A. Oronoz | /s/ Cristina Silva |
| JAMES A. ORONOZ, ESQ. | CRISTINA SILVA |
| 1050 Indigo Drive, Suite 120 | 501 Las Vegas Boulevard, South, |
| Las Vegas, Nevada 89145 | Suite 1100 |
| *Counsel for Jeremy Caulk* | Las Vegas, Nevada 89101 |
| | *Counsel for the United States of America* |

## ORDER

IT IS ORDERED that the status conference hearing set for April 25, 2019 a 1:00 PM is vacated and continued to May 8, 2019 a 11:00 AM in LV Courtroom 7C. t

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this \_\_12th\_\_ day of \_\_\_April\_\_\_, 2019.