NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
Melanee.Smith@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY CAULK,<br><br>Defendant. | Case No.: 2:18-cr-00247-RFB-NJK<br><br>Stipulation to Continue Revocation Hearing (First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between, Nicholas A. Trutanich, United States Attorney, District of Nevada, Melanee Smith, Assistant United States Attorney, representing the United States of America, and Thomas Ericsson, counsel for the defendant, that the revocation hearing currently scheduled for December 3, 2020 at 1:00 p.m., be vacated and continued for at least thirty (30) days, or to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. The government and the defense need additional time to discuss unresolved issues and review discovery.

2. United States Probation Officer Donnette Johnson is in agreement that a continuance is appropriate.

1

3. The defendant does not oppose the continuance.

4. The parties do not oppose the continuance.

This is the first stipulation to continue filed herein.

DATED this 3rd day of December, 2020.

|  |  |
|---|---|
|  | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Thomas Ericsson*<br>By_____<br>THOMAS ERICSSON<br>Counsel for Jeremy Caulk | */s/ Melanee Smith*<br>By_____<br>MELANEE SMITH<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>JEREMY CAULK,<br><br>     Defendant. | Case No.: 2:18-cr-00247-RFB-NJK<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING** |

  IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled for December 3, 2020 at 1:00 p.m. be vacated and continued to  January 7, 2021  at  9:00 AM ; or to a time and date convenient to the Court.

  DATED his  3rd  day of December, 2020.

_____
HONORABLE RICHARD F. BOULWARE
United States District Court Judge

3